UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCIA McDONALD,<br><br>       Plaintiff,<br><br>    v.<br><br>PHARNEY GROUP LLC d/b/a<br>TARRYTOWN HALL CARE CENTER,<br><br>       Defendant. | 23-CV-06025 (JAV)<br><br>**NOTICE OF REASSIGNMENT** |

JEANNETTE A. VARGAS, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: February 7, 2025
    New York, New York

                      _____
                       JEANNETTE A. VARGAS
                       United States District Judge