**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 MARCIA MCDONALD,


                                        Plaintiff,

                  -against-                                         23 **CIVIL** 6025 (JAV)

                                                                   **JUDGMENT**

PHARNEY GROUP LLC d/b/a TARRYTOWN
HALL CARE CENTER,


                                        Defendants.
------------------------------------------------------------------X

           It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 20, 2026, Defendant's motion for summary

judgment is **GRANTED**; accordingly, the case is closed.

**Dated:** New York, New York

           March 23, 2026


                                                  **TAMMI M. HELLWIG**
                                        _____
                                                  **Clerk of Court**


                              **BY:**              K. mango
                                        _____
                                                  **Deputy Clerk**